UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| RODNEY WELLS, | : | |
| Petitioner, | : | No. 2:15-mc-00035 |
| v. | : | |
| | : | |
| BEN VARNER, | : | |
| Respondent. | : | |

_____

**O R D E R**
Petition for Relief, ECF No. 1- Dismissed

**AND NOW,** this 12th day of April, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The "Petition for Declaratory Judgment and Injunctive Relief Based on Violation of Due Process, Documents/Evidence that was used to Convict and Sentence Petitioner to a Life Sentence and Continues to Remain under State Court Seal for Over 29 Years," ECF No. 1, is construed as successive petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and is **DISMISSED for lack of jurisdiction**;

2. There is no basis for the issuance of a certificate of appealability; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/  Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge